(See also Nos. 77–1188, 77–6228, 77–6231, 77–6244, and 77–6313, *supra.*)

No. 77–487. FRAZIER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–763. BRACKETT *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 77–925. WINDHAM ET AL. *v.* AMERICAN BRANDS, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–977. HUBBARD BROADCASTING, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–978. WESTERN CHAIN Co. *v.* BROWNLEE ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 77–984. MASCARENHAS *v.* MERIDIAN HOSPITAL AUTHORITY. C. A. 5th Cir. Certiorari denied.

No. 77–988. RICHARDSON ET AL. *v.* McFADDEN ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–1010. MIAMI HERALD PUBLISHING Co. ET AL. *v.* KRENTZMAN, U. S. DISTRICT JUDGE. C. A. 5th Cir. Certiorari denied.

No. 77–1013. PUGLISI ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 77–1019. LIVESTOCK MARKETERS, INC., ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.